AO 91 (Rev. 11/11) Criminal Complaint

AUSA Siebert Olvera (312) 353-4317



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

YEISON AMADOR-SANCHEZ,
 also known as "loosecookie"

CASE NUMBER:   24CR418
**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

From on or about March 5, 2024, through on or about August 9, 2024, at Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(o) | possession and transfer of machineguns, as defined in Title 26, United States Code, Section 5845(b) |

This criminal complaint is based upon these facts:

 X Continued on the attached sheet.

*Bryan Hammond*

Bryan Hammond
Task Force Officer, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 6, 2024

*Sheila Finnegan*
*Judge's signature*

City and state: Chicago, Illinois

SHEILA M. FINNEGAN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, BRYAN HAMMOND, being duly sworn, state as follows:

1. I am an Aurora Police Officer, employed at the Aurora Police Department and have been since 2008. I was part of the Special Operations Group (SOG) as a gang officer from 2014-2019. Since August 2019, I have served as a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF").

2. As part of my duties as an ATF TFO, I investigate criminal violations relating to firearms violations, including, among others, firearms, trafficking, straw purchasing, unlawful possession of firearms by felons, unlawful possession of machineguns, and FFL burglaries. In addition, I currently serve on the Fox Valley Violent Crimes Task Force based out of the Aurora Police Department, Chicago Field Division.

3. This affidavit is submitted in support of a criminal complaint alleging that Yeison AMADOR-SANCHEZ, also known as "loosecookie," has violated Title 18, United States Code, Section 922(o) (the "**Subject Offense**"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging AMADOR-SANCHEZ with the **Subject Offense**, I have not included each and every fact known to me concerning this investigation. I

have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, my review of reports and documents related to this investigation; my review of video recordings related to this investigation; conversations with others who have knowledge of the events and circumstances described in this affidavit; my review of law enforcement databases; my training and experience and the training and experience of other agents with whom I work; and information provided to me by persons with knowledge regarding relevant facts.

## I. FACTS FOR SUPPORTING PROBABLE CAUSE

### *Summary of Probable Cause*

5. As explained in further detail below, there is probable cause to believe that from on or about March 5, 2024, through on or about August 9, 2024, YEISON AMADOR-SANCHEZ, using Telegram username "loosecookie," sold and transferred machinegun conversion devices ("MCDs"), and a firearm, from West Palm Beach, in the Southern District of Florida, to an Undercover Agent (the "UC") in Joliet, in the Northern District of Illinois.

6. According to records from the Florida Highway Safety and Motor Vehicles Department, AMADOR-SANCHEZ's Florida driver's license photograph, which indicates he was born on a date in August 2022, is depicted immediately below:

2



7.     According to a July 26, 2024 search of the ATF Licensing System Database, which tracks individuals and entities who are licensed to engage in the business of importing, manufacturing, or dealing firearms, AMADOR-SANCHEZ has never held a license to import, manufacture, deal, or engage in the business of importing, manufacturing, or dealing firearms.

### *Machine Conversion Devices*

8.     Based upon my training and experience, and the training and experience of other agents with whom I have consulted, I know that machine conversion devices ("MCDs") are designed and created for the sole purpose of converting semiautomatic pistols into fully automatic machineguns.

9.     Based upon my training and experience, and the training and experience of other agents with whom I have consulted, I also know MCDs vary by design and appearance, but all, when properly installed on a semiautomatic pistol or rifle, will allow the firearm to expel more than one projectile by a single pull of the trigger. Installation of MCDs usually requires no technical expertise. The process of

3

installation of MCDs vary depending on the type of firearm it is made for, but it can be completed in a short amount of time with little or no additional equipment. I also know that MCDs are referred to by different names, including but not limited to, "Glock switch," "auto sears," "convertors," "buttons," "conversion switches," "selector switches," or simply "switches."

### *March 2024 MCD Transfer*

10. In March 2024, the UC began viewing a publicly accessible application named Telegram. According to a website for Telegram, and based on my training and experience, Telegram is, in summary, a free messaging application that is available for use on multiple electronic devices, including, but not limited to cellular phones, tablets or computers. With Telegram, you can send messages, photos, videos and files of any type, as well as create groups for up to 200,000 people or channels for broadcasting to unlimited audiences. Telegram users can create individual usernames, locate people by their usernames, and can participate in video calls, as well as voice chats in groups with participants.

11. According to law enforcement reports and other information gathered in this investigation to date, in March 2024, the UC observed the channel "STRICTLY-METAL" on Telegram. At that time, the channel was advertising firearms and MCDs for sale, as depicted below.



12.     The "STRICTLY-METAL" channel also contained numerous videos depicting firearms with MCDs attached that openly demonstrated how the attached MCDs allowed the firearm to then fire multiple rounds with a single trigger pull. Immediately below are still shots from a video that was posted to the "STRICTLY-METAL" Telegram channel on or about March 30, 2023. In the left still shot below, the MCD, which I circled in red, is visible on the back of the firearm. In the right still shot below, the firearm can be seen firing multiple rounds with a single trigger pull.

 

13. According to law enforcement reports and other information gathered in this investigation to date, on or about March 8, 2024, the owner of the "STRICTLY-METAL" Telegram channel, whose name was listed as "loosecookie," posted "doing verifications pm if u tryna make sum happen."[1] Based on my training and experience,

---

[1] This affidavit does not notate every communication between the UC and "loosecookie [as explained below, later identified as AMADOR-SANCHEZ by law enforcement] and others, and the communication transcripts of the messages and recorded conversations are preliminary and may not include the entire communication. The communications have been summarized in this Affidavit. I based the language quoted from the communications and conversations throughout this Affidavit on a preliminary review of the recorded communications—and not on final transcripts of the communications The summaries do not include all statements made or topics covered during the course of the communications. At various points in this Affidavit, I have included my interpretation of words and phrases used during the communications. I based my interpretations on the content and context of the communications, events occurring before or after the communications, my knowledge of the investigation as a whole, my training and experience, and the training and experience of other law enforcement officers involved in this investigation, including my review of communications, and my discussions with the UC.

and my knowledge of this investigation, I believe that "loosecookie" was, in summary, asking for private messages from any potential buyers interested in purchasing MCDs that night so that their identities could be verified by "loosecookie."

14.     According to law enforcement reports and other information gathered in this investigation to date, on March 5, 2024, the UC began a private message with "loosecookie" on Telegram. During the conversation, the UC, in summary, inquired about purchasing MCDs. Prior to engaging in conversation regarding his involvement in selling or possessing MCDs, "loosecookie" stated, "I needa make sure u verified, Send a live video of u showing anything to prove u not a fed." Based on my training and experience, and my knowledge of this investigation, I believe that "loosecookie" was, in summary, concerned that the UC may be a federal agent and wanted to ensure they were not before "loosecookie" agreed to sell MCDs or firearms to the UC.

15.     According to law enforcement reports and other information gathered in this investigation to date, following the request from "loosecookie," the UC sent "loosecookie" a video of him/herself on Telegram. After receiving the video, "loosecookie" requested to video chat, via the Telegram application, with the UC. During the March 5, 2024 video chat, "loosecookie" never revealed his face or any other identifying information and "loosecookie" primarily showed the UC the MCDs which were for sale. The UC noted that the voice of "loosecookie" sounded like the voice of a young Hispanic male with a Spanish accent, as if English was not his first language.

16. According to law enforcement reports and other information gathered in this investigation to date, after the video chat, on March 7, 2024, "loosecookie" agreed through Telegram messages to sell the UC two gold metal MCDs for $170, which is $80 per MCD plus $10 shipping. According to "loosecookie," every shipment was sent through the United States Postal Service (USPS). The UC requested the MCDs be shipped to an address the UC provided to "loosecookie" that was located in Joliet, Illinois.

17. According to law enforcement reports and other information gathered in this investigation to date, on March 19, 2024, "loosecookie" requested payment for the MCDs to be sent via Cash App to the $cashtag $fakeperky.

18. According to a website for Cash App, and based on my training and experience, I know that Cash App is, in summary, a financial platform application that is often accessed through cellular devices, such as cellular phones. Through Cash App, users can, among other options, send and receive money, get a debit card and receive direct deposits. I also know that a $cashtag is a unique identifier for users of Cash App and that choosing a $cashtag automatically creates a shareable URL (https://cash.app/$yourcashtag) where friends, family, and customers can make payments.

19. According to law enforcement reports and other information gathered in this investigation to date, the UC sent $170 to the $cashtag provided by "loosecookie."

20. According to law enforcement reports and other information gathered in this investigation to date, on March 29, 2024 "loosecookie" sent the UC a Telegram message stating the package was out for delivery.

21. According to law enforcement reports and other information gathered in this investigation to date, on March 30, 2024, the package, mailed from West Palm Beach, Florida and containing two gold metal MCDs, as depicted below, arrived at the Joliet, Illinois address provided by the UC.



22. According to ATF reports, the two MCDs were examined by a Firearms Enforcement Officer with the ATF Firearms and Ammunition Division and determined to be a combination of parts designed and intended for use in converting a weapon into a machinegun, as defined in Title 26, United States Code, Section 5845(b).

23. After the above-described package arrived, the United States Postal Inspection Office ("USPIS") recognized the shipping label was created by a USPS service called EasyPost. The EasyPost account was registered to email address loosecookie@proton.me (the "EP loosecookie account").

24. According to a website for EasyPost, and based on my training and experience, I know that EasyPost is a shipping platform that enables customers to create EasyPost accounts which allow them to print their own labels for postage from anywhere. Following the March 30, 2024 delivery, USPIS began monitoring every label created and packaged placed in the mail from the EP loosecookie account. Per USPIS the EP loosecookie account shipped approximately 171 packages, similar in size and weight as the package sent to the UC, all in which were processed through the USPS Processing Plant located in West Palm Beach, Florida, and then shipped to multiple states throughout the US.

### *April 2024 MCD Transfer*

25. According to law enforcement reports and other information gathered in this investigation to date, from on or about April 4, 2024, through on or about April 10, 2024, the UC began private messaging with "loosecookie" on Telegram regarding purchasing additional MCDs. During the conversations, "loosecookie," in summary, agreed to sell the UC 10 green MCDs for $760. The UC provided the same Joliet address for the items to shipped to as the previous purchase. During the conversations, "loosecookie" requested payment for the MCDs be sent via cryptocurrency to a particular Bitcoin wallet.

26. Based on my training and experience, I know that cryptocurrency is a digital, encrypted medium of exchange. I also know that a Bitcoin wallet is a device or program that is used to send or receive bitcoins, which are a form of cryptocurrency.

27.     According to law enforcement reports and other information gathered in this investigation to date, the UC agreed to send the payment as "loosecookie" requested, at which time "loosecookie" provided the Bitcoin wallet ending in "xv5r" (the "'loosecookie' Bitcoin wallet")[2] to UC for payment. On or about April 10, 2024, the UC then made the payment of $760 for the MCDs to the "loosecookie" Bitcoin wallet.

28.     On or about April 16, 2024, the package, sent from the EP loosecookie account and processed through the USPS Processing Plant located in West Palm Beach, Florida arrived at the Joliet, Illinois address provided by the UC. As depicted in the image below, the package was opened by law enforcement and contained the parts for 10 MCDs.



29.     According to ATF reports, the parts for the 10 MCDs were examined by a Firearms Enforcement Officer with the ATF Firearms and Ammunition Division and determined to be a combination of parts designed and intended for use in

---

[2] I have anonymized the full bitcoin wallet number code for purposes of this affidavit.

converting a weapon into a machinegun, as defined in Title 26, United States Code, Section 5845(b).

30.     According to records from Coinbase (which is the platform for the "loosecookie" Bitcoin wallet), the owner of the "loosecookie" Bitcoin wallet is YEISON AMADOR-SANCHEZ, a Hispanic male with a date of birth in August 2002. This date of birth for AMADOR-SANCHEZ, associated with the "loosecookie" Bitcoin wallet, matched the same August 2022 date of birth, from the Florida Highway Safety and Motor Vehicles Department, for AMADOR-SANCHEZ. According to records from Coinbase, AMADOR-SANCHEZ's address is listed as being on Arlington Drive, in West Palm Beach, FL ("AMADOR-SANCHEZ address") and his phone number is listed as (561) XXX-5885 (the "AMADOR-SANCHEZ phone number").

### *May 2024 Firearm Transfer*

31.     According to law enforcement reports and other information gathered in this investigation to date, beginning on or about April 27, 2024, through on or about May 3, 2024, the UC sent "loosecookie" a private message regarding a Glock Model 19X, 9mm handgun "loosecookie" posted for sale on his "STRICTLY-METAL" Telegram channel. After a short conversation through Telegram messages, "loosecookie" agreed to sell the handgun to the UC for $1,600. The UC asked "loosecookie" if he preferred a cryptocurrency payment method. At that time, "loosecookie" agreed to the cryptocurrency method and provided the "loosecookie" Bitcoin wallet the UC previously paid, stating, "Bet fam, this my crypto wallet." Based on my training and experience and my familiarity with this investigation, I

12

believe "loosecookie" was stating that the "loosecookie" Bitcoin wallet, which, as explained above was in the name of AMADOR-SANCHEZ, belonged to "loosecookie."

32. According to law enforcement reports and other information gathered in this investigation to date, the UC then sent "loosecookie" $1,600 to the "loosecookie" Bitcoin wallet.

33. According to law enforcement reports and other information gathered in this investigation to date, on or about May 13, 2024, the package, sent from the EP loosecookie account and processed through the USPS Processing Plant located in West Palm Beach, Florida, arrived at the Joliet, Illinois address provided by the UC. The package was opened by law enforcement and found to contain a firearm, specifically, a desert-colored Glock, Model 19X, 9mm handgun, bearing serial number CCBX449, depicted in the image below.



***May 2024 MCD Transfer***

34. According to law enforcement reports and other information gathered in this investigation to date, in May 2024, the UC and "loosecookie" discussed a possible

13

bulk purchase of 100 or more MCDs. On or about May 28, 2024, the UC sent "loosecookie" a private message through Telegram regarding purchasing MCDs. That same day, "loosecookie" agreed to sell the UC 100 MCDs for $4,500.

35.     On or about May 29, 2024, the UC requested another video chat via Telegram in an attempt to identify "loosecookie." During the conversation, "loosecookie" agreed to video chat. Later that night, the UC participated in a video chat with "loosecookie" via Telegram and "loosecookie" spoke, but "loosecookie" never revealed his face and only showed the UC the MCDs.

36.     On or about May 30, 2024, the UC asked "loosecookie" if he preferred payment to the same Bitcoin wallet, and "loosecookie" replied, "yeah same wallet fam." The UC then paid "loosecookie" via the "loosecookie" Bitcoin wallet.

37.     On or about June 10, 2024, the package, shipped from the EP "loosecookie" account and processed through the USPS Processing Plant located in West Palm Beach, Florida, arrived at the Joliet, Illinois address provided by the UC. Law enforcement opened the package which contained 100 MCDs, as depicted below:



14

38. According to ATF reports, the 100 MCDs were examined by a Firearms Enforcement Officer with the ATF Firearms and Ammunition Division and determined to be a combination of parts designed and intended for use in converting a weapon into a machinegun, as defined in Title 26, United States Code, Section 5845(b).

### *July 2024 MCD Transfer*

39. According to law enforcement reports and other information gathered in this investigation to date, on or about July 3, 2024, the UC engaged in a conversation via private message with "loosecookie" on Telegram regarding the future purchase of 100 more MCDs. At that time, "loosecookie" advised he only possessed 21 Drop in Auto Sears (DIAS) and two MCDs. Based on my training and experience, I know that DIAS are a type of MCDs that can be inserted into AR-15 style semiautomatic rifles and allow the rifles to fire multiple rounds with a single trigger pull.

40. During the conversation, "loosecookie" told the UC he would not be receiving anymore shipments of MCDs until late August 2024. The UC requested to purchase the remaining MCDs that "loosecookie" possessed. The UC and "loosecookie" agreed upon the price of $1,855. Again, "loosecookie" advised the UC to send payment to the "loosecookie" Bitcoin wallet.

41. According to law enforcement reports and other information gathered in this investigation to date, the UC sent the $1,855 to the "loosecookie" Bitcoin wallet, and observed, upon receipt, that "loosecookie" then posted a message on his

STRICTLY-METAL Telegram Channel that the shop was closed and that, in summary, he would restock in late August, as depicted below:



42.     On or about August 9, 2024, the package, sent from the EP loosecookie account and processed through the USPS Processing Plant located in West Palm Beach, Florida, arrived at the Joliet, Illinois address provided by the UC. The package was opened by law enforcement and contained 23 MCDs, of which 21 were DIAS, as depicted below as the silver objects:



43.     According to ATF reports, the 23 MCDs are in the process of being examined by a Firearms Enforcement Officer with the ATF Firearms and Ammunition Division. Based on my training and experience, and the training and experience of other agents in this investigation who have observed the above-described 23 MCDs, the MCDs appear to be consistent with a combination of parts designed and intended for use in converting a weapon into a machinegun, as defined in Title 26, United States Code, Section 5845(b).

### *AMADOR-SANCHEZ, a/k/a "loosecookie"*

44.     On or about July 26, 2024, investigators obtained a federal search warrant, in the Northern District of Illinois, for historical and prospective cellular information for the AMADOR-SANCHEZ phone number. Such returned data from the warrant, included, as explained below, that the AMADOR-SANCHEZ phone number was using cell phone towers in Florida and near the AMADOR-SANCHEZ address, between March 2024 and August 2024.

45.     As explained above, and according to records from Coinbase related to the "loosecookie" Bitcoin wallet, AMADOR-SANCHEZ is the owner of that wallet and his phone number is the AMADOR-SANCHEZ phone number, and the AMADOR-SANCHEZ address is listed as being on Arlington Drive, in West Palm Beach, FL

46.     In summary, and according to records from T-Mobile, on or about March 19, 2024, the same day "loosecookie" provided the UC with the $cashtag, the AMADOR-SANCHEZ phone number used cellular towers in the area of the AMADOR-SANCHEZ address on Arlington Drive at approximately 7:45 a.m.

47.     In summary, and according to records from T-Mobile, on or about May 29, 2024, the same day "loosecookie" and the UC were negotiating the May 2024 MCD transfer via Telegram video chat as discussed above, the AMADOR-SANCHEZ phone number used a cellular tower in the area of the AMADOR-SANCHEZ address on Arlington Drive at approximately 9:02 p.m. that evening.

48.     In summary, and according to records from T-Mobile, during the overnight hours of approximately 11:00 p.m. until approximately 7:00 a.m., from approximately July 19, 2024, through August 26, 2024, the AMADOR-SANCHEZ phone number consistently utilized cellular towers in the area of his residence on Arlington Drive. The records further show that the cellular tower most frequently used by the AMADOR-SANCHEZ phone during the time period of March 1, 2024, through March 30, 2024; April 4, 2024, through April 16, 2024; April 27, 2024, through May 13, 2024; May 19, 2024, through June 10, 2024; and July 19, 2024

18

through August 26, 2024 was the cellular tower closest in proximity to the AMADOR-SANCHEZ address on Arlington Drive.

49. According to records from T-Mobile, on or about August 13, 2024, the AMADOR-SANCHEZ phone number was using cellular towers in the area of the AMADOR-SANCHEZ address on Arlington Drive at approximately 7:50 a.m. According to law enforcement reports and other information gathered in this investigation to date, law enforcement conducted surveillance at the AMADOR-SANCHEZ address on Arlington Drive, a residence, on that date and at that time. Although law enforcement could not see the front of the AMADOR-SANCHEZ address, they were able to see the vehicles parked in the driveway of the residence. At approximately 8:00 a.m., law enforcement observed three vehicles pull out of the driveway and drive off. Approximately 10 minutes later, according to records from T-Mobile, the AMADOR-SANCHEZ phone number utilized cellular towers approximately two miles away from the previous location. Based on my training and experience, as well as the training and experience of other law enforcement officials, I know that this can indicate that the phone changed locations.

50. According to law enforcement reports and other information gathered in this investigation to date, law enforcement continued to monitor the cellular tower usage of the AMADOR-SANCHEZ phone number and located AMADOR-SANCHEZ at an apartment complex in Greenacres, FL, where AMADOR-SANCHEZ appeared to be doing construction.

51.     According to law enforcement reports and other information gathered in this investigation to date, law enforcement conducted surveillance and were able to confirm AMADOR-SANCHEZ's identity through a comparison of his Florida driver's license photograph, as depicted above.

52.     According to law enforcement reports and other information gathered in this investigation to date, after verifying AMADOR-SANCHEZ's identity, an ATF agent approached AMADOR-SANCHEZ. Once the agent was in the vicinity of AMADOR-SANCHEZ, the UC placed a call to the AMADOR-SANCHEZ phone number. At the same time, the ATF agent observed AMADOR-SANCHEZ retrieve his cellular telephone from is left pant pocket and attempt to answer the call. At that time, the UC ended the call. The ATF agent then observed AMADOR-SANCHEZ place the cellular telephone back into his left pant pocket.

53.     Later that same day, I placed a recorded ruse call to the AMADOR-SANCHEZ phone number in an attempt to compare his voice to the recordings of the prior Telegram video calls between the UC and "loosecookie." I spoke with the caller on the AMADOR-SANCHEZ phone number for approximately one minute. I then relistened to that recorded call and compared it to the recorded Telegram video calls from March 5, 2024, and May 29, 2024. Based on such comparison, I believe that the voice in all three recordings belongs to the same person. The UC also listened to the recorded ruse call from August 13, 2024, and then compared it to the recorded Telegram video calls the UC participated in with "loosecookie" from March 5, 2024,

and May 29, 2024, as explained above. Based on such comparison, the UC also believed that the voice in all three recordings belongs to the same person.

54. According to law enforcement reports and other information gathered in this investigation to date, on or about August 16, 2024, investigators again located AMADOR-SANCHEZ at the apartment complex located in Greenacres, FL, after the AMADOR-SANCHEZ phone number utilized cellular towers in the area of the apartment complex.

55. According to law enforcement reports and other information gathered in this investigation to date, at that time, an ATF agent approached AMADOR-SANCHEZ. Once near AMADOR-SANCHEZ, the UC attempted to call "loosecookie" via Telegram video chat. The ATF agent observed AMADOR-SANCHEZ react to his cellular phone and AMADOR-SANCHEZ appeared to end the call without answering. The UC then confirmed "loosecookie" ended the video chat without answering. Immediately after, the ATF agent observed AMADOR-SANCHEZ appearing to type on his cellular phone. At the same time this was occurring, the UC confirmed they received messages via Telegram from "loosecookie" stating, "Yoo can't speak rn, I'm in a meeting rn." Below is a photograph taken by the ATF agent of AMADOR-SANCHEZ using his cellular phone after the UC placed the call to "loosecookie" on August 16, 2024.



56.     As explained above, there is probable cause to believe that AMADOR-SANCHEZ, acting as "loosecookie," knowingly possessed, sold, and transferred MCDs to the UC from on or about March 5, 2024, to August 9, 2024.

## II.    CONCLUSION

57.    Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, from on or about March 5, 2024, to August 9, 2024, YEISON AMADOR-SANCHEZ, also known as "loosecookie," committed the offense of possession and transfer of machineguns, in violation of Title 18, United States Code, Section 922(o).

FURTHER AFFIANT SAYETH NOT.

*Bryan Hammond*

BRYAN HAMMOND
Task Force Officer Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN TO AND AFFIRMED by telephone September 6, 2024.

*Sheila Finnegan*

Honorable   Sheila M. Finnegan
United States Magistrate Judge

23